**BARTON PYPER, P.L.L.C**
4747 E. Elliot Road, Ste. 29-517
Phoenix, AZ 85044
Phone: (602) 615-1841
Fax: (602) 865-7001
Mark B. Pyper (011051)

Attorneys for Plaintiffs

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE<br><br>TAKESHA OLIVER,<br><br>        Debtor.<br>_____<br><br>MARK PYPER and KIMBERLY PYPER,<br>husband and wife,<br><br>        Plaintiffs,<br><br>v.<br><br>TAKESHA OLIVER,<br><br>        Defendant.<br>_____ | Chapter 7<br><br>Case: 2:20-BK-10433-PS<br><br>Adv. No. _____<br><br>COMPLAINT TO DETERMINE THE<br>DISCHARGEABILITY OF DEBT<br><br>(28 U.S.C. Section 523(a)) |

For their Complaint, the plaintiffs allege as follows:

**JURISDICTION, VENUE AND PARTIES TO THE COMPLAINT**

1. This court has jurisdiction over this adversary proceeding and the parties to the proceeding pursuant to 28 U.S.C. Section 157 and 158. This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(I). This adversary proceeding is being filed in connection with the bankruptcy case (the "Bankruptcy Case,") of Takesha Oliver (the "Debtor" or "Ms. Oliver") under Chapter 7 of Title 11, case No. 2:2-BK-10433-PS filed in September 23, 2020, now pending in the United States Bankruptcy Court for the District of Arizona. As such, venue is proper in this Court, pursuant to 28 U.S.C. Section 1409(a).

2. Plaintiffs Mark Pyper and Kimberly Pyper ("Pyper") are residents of Maricopa County, Arizona and are creditors in the Bankruptcy Case.

3. Defendant/Debtor Takesha Colter Oliver, is a resident of Maricopa County, Arizona, and is the debtor in the above-captioned bankruptcy case.

4. The debtor is married to Raheem Oliver, ("Mr. Oliver,") who is presently incarcerated in federal prison, and, at all relevant times hereto, the Debtor was acting on behalf of her marital community with Mr. Oliver.

5. In 2016, Debtor and her husband entered into a residential lease ("Lease") with Pyper for a home located in Maricopa County, Arizona (the "Property.")

6. At the time that Debtor and her husband entered into the Lease, they represented that they would maintain the property in good repair and that they would not violate any laws while occupying the property. A number of other material representations were made to Pyper at the time that he decided to enter into the lease with the Debtor and Mr. Oliver. The material representations made to Pyper at the inception of the Lease were false, the Debtor knew they were false, the Debtor knew that Pyper relied on the false representations, Pyper's reliance was reasonable and Pyper suffered proximately caused damages as a result of the Debtor's deceptions, lies and omissions to Pyper. Had the Debtor informed Pyper that Mr. Oliver was a convicted felon, had the Debtor informed Pyper that she and Mr. Oliver were engaged in a criminal enterprise including wire fraud that was calculated to deceive and damages elder people across the United States of America, Pyper would not have entered into the Lease the the Debtor and Mr. Oliver.

7. The Maricopa County Superior Court has determined by clear and convincing evidence, that Pyper was been damaged in the amount of $261,000 with interest from the entry of the "Judgment" until paid in full at the legal rate.

8. At all times relevant hereto including the day that the Debtor and Mr. Oliver entered into the parties' Lease, they were engaged in an ongoing criminal enterprise where they intended to use the Property as a business center to reach out and defraud elderly people across the country.

9. Debtor and Mr. Oliver materially and intentional failed to disclose to Pyper that

it was their intention to use the Property as a base to conduct criminal activities including but not limited to wire fraud that victimized elder people across the United States of America.

10. Pyper ultimately evicted the Debtor and Mr. Oliver from the Property, after the United States Government raided the Property and took possession of the Debtor's and Mr. Oliver's computers and business records. Ultimately, Mr. Oliver was charged and convicted of wire fraud and he is currently incarcerated in a federal prison for fifteen years. See USA v. Oliver, 1:18-cr-00009, in the United States District Court for the Southern District of Virginia.

11. After Pyper evicted the Debtor and Mr. Oliver from his Property, they sued Pyper for baseless grievances to which Pyper filed a counterclaim requesting over $261,000 in damages based upon a number of claims including common law fraud by the couple.

12. After the issues in the case were joined, Pyper filed Rule 56 motion on all claims in the Counterclaim including common law fraud. The Superior Court ultimately granted Pyper's Rule 56 motion and thereafter entered judgment against both Mr. Oliver and the Debtor for common law fraud.

13. At the same time, the Debtor's claims against Pyper were dismissed with prejudice.

14. The Maricopa County Superior Court judge formally entered the fraud judgment against the Debtor, a copy of which is attached hereto as **Exhibit 1.**

**COUNT 1**
**(False pretenses, False Representations, and Actual Fraud**
**under 11 U.S.C. Section 523(a)(2)(A).**

15. Plaintiff realleges those allegations set forth above as if fully set forth herein.

16. Pyper has established in the Maricopa County Superior Court that this Debtor committed fraud against him. Pyper was awarded fraud damages.

17. Pyper is entitled to a judgment against the Debtor based upon 11 U.S.C. Section 523(a)(2)(A) based upon the same fraudulent conduct, which has been identified herein.

18. Pyper is entitled to prejudgment and postjudgment interest.

19. Pyper is entitled to his court costs.

20. Pyper is entitled to reasonable attorney's fees incurred herein.

WHEREFORE, the Plaintiffs prays for the following:

A. Judgment against the Debtor and the Debtor's marital community, jointly and severally, in an amount to be proven at trial, but in no event less than $261,000, plus accrued and accruing pre-judgment and post-judgment interest;

B. Judgment declaring that the obligation of the Debtor and the Debtor's marital community to the Plaintiff (i) are not dischargeable under 11 U.S.C. Section 523(a)(2)(A); (ii) will not be discharged in this Bankruptcy Case, and (iii) are not subject to discharge in any other bankruptcy in which either or both of Debtors may be a debtor;

C. Their costs, attorneys fees, and other expenses incurred; and

D. Such other relief as the Court deems proper.

Dated this 25th day of October, 2020.

BARTON PYPER, P.L.L.C.

/s/ Mark B. Pyper
_____
Mark B. Pyper
Attorneys for Plaintiffs

# EXHIBIT 1

Granted as Submitted
***See eSignature page***

\*\*\* Electronically Filed \*\*\*
S. Brown, Deputy
9/18/2018 8:00:00 AM
Filing ID 9709080

BARTON PYPER, P.L.L.C
4747 E. Elliot Road, Ste. 29-517
Phoenix, AZ 85044
Phone: (602) 615-1841
Fax: (602) 865-7001
Mark B. Pyper (011051)

Attorneys for Defendant/Counterclaimants

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| RAHEEM OLIVER & TAKESHA<br><br>Plaintiffs,<br>v.<br><br>MARK PYPER and KIMBERLY PYPER,<br><br>Defendants. | No. CV2016-017098<br><br>J U D G M E N T |
| MARK PYPER and KIMBERLY PYPER,<br><br>Counterclaimants,<br>v.<br><br>RAHEEM OLIVER and TAKESHA COLTER, unmarried individuals<br><br>Counterdefendants. | |

The Court having received and reviewed the defendants/counterclaimants' Rule 56 motion seeking this Court's judgment in favor of the defendant/counterclaimants on their counterclaim, and there being no just reason to delay the entry of judgment at this time within the meaning of Rule 54(b), Ariz.R.Civ.P., based upon Minute Entry dated May 31, 2018, with good cause appearing,

IT IS HEREBY ORDERED that the Rule 56 motion filed by Mark B. Pyper and Kimberly A. Pyper on the counterclaim is granted and judgment is entered against plaintiffs Raheem Oliver and Takesha Colter, jointly and severally, on Count One of the Counterclaim for breach of contract in the amount of $123,000 for unpaid rent, on Count Two of the Counterclaim for fraud in the amount of $138,000, plus post

Page -1-

1 | judgment interest at the legal rate of .0425 from judgment until paid.
2 |     IT IS FURTHER ORDERED that the plaintiffs' Complaint is dismissed with
3 | prejudice.
4 |     Dated: _____

                                                Hon. Hugh Heygi
                                                Superior Court Judge

Filing ID: 9709030   Case Number: CV2016-017098
Original Filing ID: 9574534

---

Granted as Submitted

/S/ Hugh Hegyi Date: 9/16/2018
Judicial Officer of Superior Court

**ENDORSEMENT PAGE**

CASE NUMBER: CV2016-017098        SIGNATURE DATE: 9/16/2018

E-FILING ID #: 9709030        FILED DATE: 9/18/2018 8:00:00 AM

MARK B PYPER

RAHEEM OLIVER
P O BOX 90384 PHOENIX AZ 85066

TAKESHA COLTER
PO BOX 90384 PHOENIX AZ 85066